# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEWAYNE E. HOPKINS  *
                              *
                              *
v.                           *      Civil No. – JFM-15-1372
                              *
AMERICAN CREDIT ACCEPTANCE, LLC   *
                             ******

## ORDER

Defendant having filed a motion to dismiss, plaintiff not having responded to the motion after being advised of the consequences of a failure to do so, it appearing that the motion is well-founded, it is, this 17th day of June 2015

    ORDERED

1. Defendant's motion to dismiss (document 4) is granted; and
2. This action is dismissed.

                                              /s/
                                          J. Frederick Motz
                                          United States District Judge